You so help me with that how do you pronounce it's uh, I say you like the brothers but without the rhythm All right, mr. Eyes, have you ever said that before? Well, my partner miss Sadiq is also what session this case is listening to this and she's heard it about three or four hundred times Since you mentioned eyes it where the heat is off Go ahead good morning, man, please the court again. My name is Justin Isley. I'm from the Stiegel firm and we proudly represent. Mr Chance the appellant 2184 months 2184 months That is a sentence that mr. Chance is serving in this case multiple lifetimes to be sure statutory maximums across the board in This council who the last check has handled between three or four hundred federal cases of one kind or the other Has never seen a sentence like this in his career. I have never seen a sentence That comes close to 2184 months The errors in this case are both procedural and substantive Gall says that this court has a straightforward road map for procedural reasonableness at a minimum the sentencing court has to get the guidelines, right and Here the district court believed both by its words at the sentencing and in its statement of reasons that it sentenced. Mr Chance to a guideline sentence That is procedural error This I'm a little confused about the error because the court Announced the correct guidelines range Earlier in the sentencing hearing right the court said the range is 1194 to 1246 the court Announced a range but then later in the hearing said this is a within guidelines sentence when it's not right. That's correct Early well, I would say I would your honor has obviously read the early part of the sentencing transcript and My plain reading I was not trial counsel nor I was even the original counsel that filed the brief. Mr Monterano retired from the panel. So we inherited the case But it's clear to me for me the record that there was a little bit of confusion from the judge about how the guidelines worked in this case he did inquire of both probation and the government asked a few questions specifically probation said To the extent you stack any sentences and I'll let me read that exactly The court would under guidelines impose a sense consecutively only to agree to meet the guidelines right, so the court I Don't think fully committed in my reading of the transcript to That being the guidelines because there's little hints that it may be that the court was going to do something more and obviously With 2,000 184 months the court was not intending or did not clearly did not give a guideline sentence So all we can do is rely on the announcement at the sentence that this is a guideline sentence because that controls everything else That's when the judge would talk about reasons for a departure. He would fill out the appropriate paperwork I mean the Sensing Commission does important work as your honors No The first step back changed the 924 C stack real dramatically after this case was decided in the Sensing Commission takes the statement of reasons At face value when it says it's a guideline sentence It's making determinations and they're gathering facts for his own Evaluation for promulgation of the guidelines and also to inform Congress of the impact that this has so respectfully to the degree He seemed to maybe have established the guideline range the beginning He did not believe that was a guideline wrench because in the paperwork in his own words He said this is a guideline sentence when he pronounced it so the guidelines were calculated incorrectly and because he Wait, but you don't mean I guess I just want to make sure I understand the arguments you're making You agree the 1194 to 1296 was the correct guideline at that time The correct guideline was the 210 the 262 months Plus the stack. Oh, I'm sorry. So he is the way I read the guidelines they say that you are a guideline sentence if you have the guideline range that takes into account the grouping and multiple counts all that's taken into consideration as it was in this case because there Were multiple counts separate incidents and then whatever the statutory as I read the just kind of paraphrasing it that's added to the end To the guideline, right, but we say because the guideline always reflects the statutory minimums Right, so like the guidelines for a 924 C if you read whatever it is 2k Whichever one it is 2k to 2 maybe whatever it is, but it says the guideline for a 924 C if brandished is 7 years Right, right, right and so a guideline for a 924 consecutive 924 C under the old system is 25 years it equates the guideline to the statutory minimum Right. So at that time, right? It was 7 plus 25 times 3, right? 2 a 3. Yeah, so that's that's the statutory term, but the judge stacked all these non statutory sentences on top of each other and the guidelines are meant to group and Ascertain, you know acceptance responsibility explained why he's doing that I guess my question is you say the guidelines were calculated incorrectly But again, you you agree that the range the court announced was the correct range He didn't calculate that incorrectly, but you say when he later said this is a guideline sentence. He must have calculated something Different that he didn't disclose Is that your argument for procedural reasonableness? Well, I have a couple more but the main argument for procedural reason to says when he said this is a guideline sentence as the judge pronouncing the sentence because That's when he's deciding what the guideline range is by his own words. He's saying the guideline range That 2184 months is within the guideline range, right? That's what he's saying, which is clearly not true. And so if he's saying his senses with a guideline range and he's wrong That is procedural error because if you take the whole context as your owner kind of calls if I could I think to your point They're talking about this one set of the non. I'll say the non statutory mandatory minimum this guideline range That's in the 200 month range. So they're turning on the case is like, okay This is I'm really worried about this statutory range because it's an incredible, you know Pre first at first first step back to get the 7 plus 25 plus 25 25 No trial lawyer. I don't think I certainly wouldn't would assume the judge is gonna then say well the guidelines really is all these stats I'm talking about the the non statutory penalties and I'm gonna put them on top of each other and that's a guideline sentence So the the judge I believe this case clearly had a misunderstanding of what the guidelines were But then do we go on and assess it that assuming it was a variance? Would it have been reasonable? Right, so we have to look at the court's explanation for it Let's see. Let's assume it was a variance from the guidelines and the court explained why he gave the defendant consecutive Sentences for these Hobbs Act robberies. Well this court and I didn't either side with him But judge Gregory specifically has said that we have to protect the procedural reasonableness of all these senses for notice reasons for defense attorney reasons if the judge doesn't get the guidelines right and at The end of the sentence he tells the defense attorney and the client that you're getting a guideline sentence and it's 2184 months and that's the first time you're hearing about it You cannot cure that procedural reasonableness after the fact at this court saying well He didn't let the attorney know and didn't follow the procedure though. They did they spoke up in the district court, right? They know they didn't object judge. You've miscalculated the guidelines. There was no objection on that ground, but the attorneys did say You know something along the lines and did I catch that right? Can I just want to confirm that your honor really means consecutive and then he went on and explained even further Yes, I mean consecutive and here's why right so they had that discussion So because the right the judge that I read the attorney basically what's going on like I did that cure that correctly Mm-hmm. And so that that goes to the the the fact the judge Again I think we can only go about a statement of reasons in his Statement that he made at the judgment because he's only one who can make that statement. I Understand in this particular case It's not as clear that he was making the correct initial determination because he doesn't and yours can correct me But I don't believe the acid defense training. Is this your understanding or is it more than this? Is it a thousand months two thousand month? He asked probation and they said you should only stack these to the extent necessary to meet this 210 and 262 or whatever it was And they moved on the product the government started their argument and the witnesses started to testify the victims in this case. And so This is the exact kind of case. I mean there couldn't be a more dramatic case 186 years where we have to protect their procedural procedural reasonableness of a sentence because now because Can you talk for a second? Sorry not to distract you from that discussion, but can you talk for a second about count nine? and what this court ought to do in light of the Intervening Development. Yes in the government. I do appreciate they did follow the supplemental They did which we appreciate and I'm I'm confident We'll talk to them about it, too But I didn't want you to have not raised in your opening brief and get all the way through the opening argument and not Raise it here either. So Can you give me your your position on and what you think we ought to do and why So overall is I believe that because of the I didn't get to the other points But because of the various procedural unreasonableness the fact that the it wasn't a good correctly Guideline sentence and therefore the judge didn't justify an upper departure For reasons such as like I want to sentence the person to multiple counts even though that's taken account in the guideline So an upper departure would have been appropriate in this case and explaining that there was no notice putting that aside We overall think that the whole sentence should be vacated to be recalculated Not just count eight because of our art is it eight? I'm sorry. Did I call it? I'm sorry. You were right It's not okay, which is a brandishing count. Yeah, so then because if you don't do that This court has decided these issues where it's remanded you have a new sentence the first step act is going to apply Because there's no longer a sentence you go back in time. You vacated the sentence Well, no But the question under the statute under 403 is whether at the time of the act a sentence was imposed And and at that point in time a sentence had been imposed. And so the point is it's not a retroactive act I don't I don't think the first step back is gonna apply at all in a remand three sentence 403 says once the sentence has been imposed It's been imposed and so even a remand Wouldn't change the applicability of the first step back because it's not retroactive. That's what 403 tells us That's the explanation in Jordan that we have Which is a different factual scenario, but the imposed is upon the original sentence It has been imposed the past perfect Well, you know, I had read through some more recent cases I know that the government some situations has for example Consented to remand when district courts had refused to apply the first step act when sentences have been vacated and I may be speaking Incorrectly on that, but it's my understanding the government can consent to all sorts of things Well, they can't consent to is the statute saying something different than what it says, right? I mean, they can't do that I Get our argument and I have not I don't I've not read the Jordan case But if a sentence doesn't exist, but the effect of this court is to vacate the sentence It doesn't exist as but the question that the question 403 asked in the first step back is was there at? this particular language is I don't have it right here, but is has a sentence been imposed as of the date of enactment like that, whatever the date of enactment was Of the first step back. We look at that point in time and we ask has a sentence been imposed if so The first step back doesn't apply because it's only prospective well, I See, I'm over my time. I do completely understand Judgment in your argument, but if that were the case then let's say we have a situation where an attorney it turns out on a post conviction was Drunk through the entire trial didn't call five alibi witnesses that would have clearly established the the jurors got paid off all the worst-case scenarios and that sentence got vacated to that and Or there was the conviction was vacated to yeah The I think the first step back would not apply right and or if that's just what the statute says I'm listen. I'm not saying it's a great statute. I wouldn't have written it that way, right? I'm not I'm not defending the language, right? I'm just telling you what the language says, right? Just not a trial but just for sentencing and that was vacated I think that would be a Extremely unfair reading of of that statute it might be extremely unfair I'll maybe grant you that But it would be the right reading of the statute right like that. I'm not sure why they did it that way, right? I totally get you could do it tons of different ways, right? But what it says is as of the date of enactment has a sentence been imposed if yes First step back doesn't apply because they just want to make it prospective. It is not about fixing prior sentences And I don't know if it'd be possible to you know, we inherited this brief I do believe there's some case so I understand your position but as my understanding the cases are being reversed even in the context of post conviction where Sentence has been vacated But I certainly understand the court's point of view Thank you Yes Interesting position because we did file that ruled 28j letter in which we asked that the court vacate count nine based on Taylor and we actually asked for The matter to be remanded for a new sentencing and part of that was rather than just lopping off the 25 years it would get judge Russell an opportunity to reinstate the sentence that he That he had imposed at this time And so that would be the government's position and at that point again judge Russell would consider all the 3553 a factors And perhaps the sentence would be 25 years less. Perhaps it would be what the original sentence was Are you are you giving up your? Forfeiture argument because you're 28 J says if the court would find that this arguments not forfeited then we ask for They could earn a remand, but are you giving that up now? I Guess in some fairness, I mean it is and it is a sentence that should be vacated That's all we're asking. We just want you to say it. We're not we're not fighting you on it You just have to tell us your position. We want you to say it, but we need you to say it, right? That's why we're trying to get okay. So so given that you agree that count nine Should be vacated right and and that we're not asserting forfeiture Describe for us what you think this court should do like what's the the decisional language that we should enter? That it should be that the Matter should be remanded to the district court for what happens first. Are we gonna vacate? What? We're gonna vacate the count nine conviction right and we're also gonna vacate what part or all of the sentence It would be the 25 years that was attached to the count not and Are you that's what I'm trying to get you to answer, right? Do you think that by vacating? count nine conviction That this court should vacate the entire sentence or that we should only vacate the 25 years that was associated with count nine and And let me just preface that by saying have you heard of the sentencing package doctrine? Yes So our offices our office physician would say under the sentencing packaging doctrine the entire thing would have to go back Because again that would give judge russell the opportunity to impose his original sentence if again He feels considering all of the 35 53 a factors and quite frankly the first step act He may or may not impose that same sentence We believe at the time it was entered that it was appropriate that judge russell made a correct record that supported Upward variance but the fact of the matter is that he should have that opportunity again based on the fair sentencing package Well, maybe not the you just conflated some terms there Maybe or maybe not we had a discussion about whether the fair sentencing act applies Right, but the the sentencing package doctrine I think we put those two together there that requires that we vacate the entire sentence And it now goes back and then there's a question about whether the first step act applies or not Does the government have a position on that? I mean I think if you vacate the entire sentence based on a case law that I have read That the first step that would apply because there would no longer be a sentence But the question that's asked that's why i'm trying i was trying to get to this with your with your colleague Right what we say in jordan is the question is whether the sentence was imposed Has been imposed at the time of the enactment, right? And so I don't remember the date of the enactment, but whatever that date is We ask at that point in time has a sentence been imposed In this case the answer to that question would be yes and therefore the First step act would not apply on a resentencing or not Right, that's just the past perfect language right as of this point in time has a sentence been imposed it doesn't ask Did that sentence remain imposed? Does it continue to be imposed? Does it remain in effect? I mean there are lots of ways to describe it i'm, not sure that's the language that I would have used if you'd made me czar of the world, but um I'm, not that by any stretch Neither is congress really no fair, but but the question is like i'm just trying to understand why why you think When we look at the date of enactment of the first step act, we don't say that there was a sentence imposed I mean there was a sentence imposed, right? Correct. There was and that's and that's what 403 says And I understand your colleague's argument, which is a very good one is that seems terribly unfair Okay, but bracket that argument for a minute for me like I don't understand how under 403 we can say that it applies And you're all right, I I apologize that that is that was my understanding that if they if you sent the sentence back it would apply That's for the district court to determine that District court will know the law in terms of us once it's remanded whether or not 403 applies and you're right It does say what those are opposed, but you also have you know Concepcion also to that's changed the framework too because you can look at change in law and all those things like that have happened It's it's the court has broader view in terms of that. I think I think congress is trying to To deal with as it's sentencing that these disparate Sentences in many cases whether or not we can try to correct what we know was wrong and I think that kind of speaks to the the issue that judge Richardson is bringing up which is these are issues. These are these are problems and I don't mean to To trivialize what we're doing here, but because of the 924 c's we're only asking for one to be vacated when you send it back Judge russell can still give multiple life sentences. I am not saying he ought to But he can correct whether he whatever he decides if he believes the first step act Applies that would work to the defendant's benefit, but he could still based on the 924 c's issue 182 sentence Or he could say given time passed given how he's been at doc At the end of the day the government's in this interesting position where We're giving we're giving the tide to the defendant we're allowing him to have a new sentencing for him to bring things up and Whether or not it is You know at some point we have to say what is just fundamentally fair And I and and I think both parties what is fair is it does seem uncertain My understanding from case law is that sometimes sometimes district courts have applied it on remand Sometimes they have it but let's give judge russell the opportunity to reconsider but also Make the record as he did last time and and give the same sentence because it would still be a legal sentence Unless there's any other questions regarding this matter The government's position is that all of the rest of these arguments in light of your quite reasonable concessions Um sort of go away Because there's no reason to address procedural reasonableness on a sentence that we're making That's correct. Your honor and I do think I think that it's it's perfectly reasonable. The government doesn't lose any Anything at all to say yes, this was an upward variance. This was not a guideline sentence and we did drop a footnote uh and Judge russell when he said in the record and I had the jay site He said I want to treat these all as individuals. So he wasn't buying the grouping He wasn't saying that grouping under the guidelines wasn't correct that he issued or he said the correct sentence But rather no, I need something more. I need these victims who I heard from that He talks about in the joint appendix. He mentions it Numerous times he mentions it to mr Chance's sister as well as when he's fashioning his sentence, you know, imagine this four times over and he wanted to make sure That they were all compensated Along with all the other things that he considered but yes at the end of the day Even the rogers error that was brought up late last night that that will be true If again in the government's not conceding there was one in this case But again that will be addressed at resentencing so this is an you've made an oral motion To vacate and remand, right? I didn't see one in the filing. So you've made one today is what I understand Yes, and i'm i'm sure my uh appellate chief will have a lot to say i'm sure it's unopposed, but we'll find out on rebuttal Do you have anything further counsel? I better not your honor I appreciate I would like to put on the record that I do appreciate My colleague's candor uh in this position and she's been doing this a long time and and there are a lot of Fairness issues and she addressed those and so we would join the motion for Overall remand of the sentencing in this case and we appreciate the time before the court Mr. Eisley, I note that you're a court appointed Yes, and on behalf of the uh fourth circuit. We want to thank you for your your service We depend on lawyers like yourself taking these cases and we very much appreciate it. Thank you. You're welcome. And miss mclain. I want to also note that that uh, you're Able representation in the united states here today. We appreciate that as well. Thank you We'll come down great counseling adjourn court until tomorrow morning This honorable court stands adjourned until tomorrow morning god save the united states and this honorable court
judges: Roger L. Gregory, Julius N. Richardson, Allison J. Rushing